NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ACCENTRA, INC. AND WORKTOOLS, INC.,**
*Plaintiffs-Cross Appellants,*

v.

**STAPLES, INC. AND
STAPLES THE OFFICE SUPERSTORE, LLC,**
*Defendants-Appellants.*

---

2012-1237, -1264

---

Appeals from the United States District Court for the Central District of California in case no. 07-CV-5862, Chief Judge Audrey B. Collins.

---

## ON MOTION

---

## ORDER

Accentra, Inc. and WorkTools, Inc. move to withdraw Jonathan Lagarenne and substitute Joseph Posillico as principal counsel. Accentra et al. also moves for a 10-day extension of time, until June 29, 2012, to file their initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. Joseph Posillico should promptly file an entry of appearance.

FOR THE COURT

JUN 1 3 2012

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc:  David Cotta, Esq.
    Jonathan R. Lagarenne, Esq.
    Joseph F. Posillico, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 3 2012

·  JAN HORBALY
CLERK